1002

No. 646. UNITED MAIL ORDER, WAREHOUSE & RETAIL EMPLOYEES UNION, LOCAL 20, ET AL. *v.* MONTGOMERY WARD & CO., INC. Supreme Court of Illinois. Certiorari denied. *Francis Heisley* for petitioners. *David L. Dickson* for respondent.

No. 650. BRADFORD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *E. F. W. Wildermuth* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 651. CLARK *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 653. WILSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Harold M. Tyler* for petitioner.

No. 656. MACK ET AL. *v.* PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Charles E. Kenworthey* and *Fred B. Trescher* for petitioners. *Edwin J. Morrell* for respondents.

No. 657. MA CHUCK MOON ET AL. *v.* DULLES, SECRETARY OF STATE, ET AL. C. A. 9th Cir. Certiorari denied. *Will G. Beardslee* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondents.

No. 665. RICHMAN *v.* TIDWELL ET AL. C. A. 9th Cir. Certiorari denied. *Joseph T. Enright* for petitioner. *Richard Fitzpatrick* for Hallberg, respondent.